WALTER B. MANNY, Appellant, *v.* DANIEL T. WILSON, Respondent.

*Manny* v. *Wilson*, 137 App. Div. 140, affirmed.
(Argued June 14, 1911; decided October 3, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1910, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and granting a new trial in an action to recover for an alleged conversion.

*Edward H. Tatum* for appellant.

*John H. Corwin* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion of MILLER, J., below.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.